UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                21 cr 140 (PKC)

        -against-                                         ORDER

THOMAS BISTRITZ,

                              Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The proceeding scheduled for April 12, 2021 at 2:30 P.M. will proceed telephonically. The call-in information for this proceeding is as follows:

        <u>Dial-in:</u>     (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         April 12, 2021