# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

<u>MANHATTAN</u>
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

> The conference originally scheduled for May 14, 2021 is adjourned to June 28, 2021 at 3:00 p.m. Time is excluded under the speedy trial act until 6/28/21 for the reasons set forth in the defense letter dated 5/13/2021. Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 5/13/2021
>
> _____
> P. Kevin Castel
> United States District Judge

May 13, 2021

Hon. P. Kevin Castel
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States of America v. Thomas Bistrtiz*
              Indictment No.: 21-CR-140

Dear Judge Castel,

    I am retained counsel to Defendant Thomas Bistritz in the above-referenced the case. Mr. Bistritz's case is currently scheduled for a status conference on May 14, 2021 at 12:00 p.m. I write respectfully to ask for an adjournment. The government, by AUSAs Samuel Rothschild and Jarrod Schaeffer, and I have met and conferred (virtually) to try to come to a resolution between the parties. As plea negotiations are ongoing, I am asking for an adjournment to any date in late June that is convenient to the Court.

    The Government consents to this request. In addition, we consent to the exclusion of time between May 14, 2021, and the next date set by the Court.

    Your Honor's consideration is greatly appreciated.

                                              Respectfully submitted,

                                              */s/ Edward V. Sapone*
                                              Edward V. Sapone

cc: A.U.S.A. Samuel Rothschild (via ECF)
    A.U.S.A. Jarrod Schaeffer (via ECF)