

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2021

> Application Granted. The conference originally scheduled for June 28, 2021 is adjourned to July 26, 2021 at 3:00 p.m. Time is excluded under the speedy trial act until 7/26/21 for the reasons set forth in the government letter dated June 23, 2021.
> SO ORDERED.
> Dated:  /2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Thomas Bistritz*, 21 Cr. 140 (PKC)

Dear Judge Castel:

The Government writes respectfully to request that, in order to permit the parties additional time to discuss a potential pretrial disposition in this case, the Court adjourn for approximately thirty (30) days the conference in the above-captioned matter currently scheduled for June 28, 2021, at 3:00 PM.

[The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 28 and any newly-scheduled conference, in order to allow the defendant to continue to review discovery and permit the parties additional time to discuss a potential pretrial resolution. Defense counsel consents both to the request for an adjournment and to the exclusion of time. ]

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   */s/ Jarrod L. Schaeffer*
Samuel P. Rothschild
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2504 / 2270

cc: Counsel of Record (via ECF)